IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. WOODS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　Defendant. | Case No. 2:24-cv-06365-SK<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

It is hereby ORDERED that fees in the amount of $7,200.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $7,200.00 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney.

IT IS SO ORDERED.

DATED this __28th__ day of _____April_____ 2025.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Steve Kim_
　　　　　　　　　　　　　　　　　　　　　　　Honorable Steve Kim
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Proposed Order submitted on April 28, 2025.

**/s/ DeWaun Lockhart**
DeWaun Lockhart
Attorney for Plaintiff

ORDER FOR FEES UNDER EAJA - 1
[2:24-CV-06365-SK]